IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.   3:24-CR-379 (DNH) |
| | ) |
| v. | ) **Information** |
| | ) |
| **BENJAMIN WHEELER,** | ) Violation:   26 U.S.C. §§ 5841, 5861(d) |
| | )                   and 5871 [Possession of an |
| | )                   Unregistered Firearm] |
| | ) |
| | ) 1 Count and Forfeiture Allegation |
| **Defendant.** | ) County of Offense:   Chenango |

### THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**[Possession of Unregistered Firearm]**

On or about August 6, 2024 in Chenango County in the Northern District of New York, the defendant,

**BENJAMIN WHEELER,**

knowingly possessed a firearm, specifically: one "Spikes Tactical" AR-15 style rifle bearing Model Number SL15, Serial Number SAR 78239, with a barrel length measuring less than 16 inches long, which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**FORFEITURE ALLEGATION**

Upon conviction of an offense in violation of Title 26, United States Code, Section 5861 as set forth in Count One, the defendant, **BENJAMIN WHEELER**, shall forfeit to the United States of America, pursuant to Title 26, United States Code, Section 5872(a) and Title 28, United

States Code, Section 2461(c), any firearm involved in the commission of the offense, including, but not limited to: one "Spikes Tactical" AR-15 style rifle bearing Model Number SL15, Serial Number SAR 782397, with a black metal barrel.

Dated: October 2, 2024

CARLA B. FREEDMAN
United States Attorney

By: _____
Geoffrey J. L. Brown
Assistant United States Attorney
Bar Roll No. 513495

2